**IN THE UNITED STATES BANKRUPTCY COURT**
**Eastern District of Virginia**
**Richmond Division**

| | |
|---|---|
| In re: David Mask Patterson | Case No. 22-32418-FJS |
| Debtor | Chapter 13 |

Address: 127 Taylor Street
         Blackstone, VA 23824

Last four digits of Social Security No:     xxx-xx-6314 (Debtor)

### NOTICE OF MOTION FOR EXPEDITED HEARING AND TO SHORTEN THE NOTICE PERIOD ON MOTION FOR AUTHORITY TO SELL REAL PROPERTY AND NOTICE OF HEARING

    The above named Debtor has filed a Motion for Expedited Hearing and to Shorten the Notice Period on the Motion to Sell Real Property filed in this bankruptcy case.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    **UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY IMMEDIATELY UPON THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED AND TREAT THE MOTION AS CONCEDED.**

- The written response in opposition to this motion must be filed with the clerk of court at the address shown below. If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

    Clerk of Court
    United States Bankruptcy Court
    701 E. Broad Street, Suite 4000
    Richmond, VA 23219-3515

Laura T. Alridge (VSB#42549)
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230-1588
Telephone (804) 358-9900
Counsel for Debtor

- You must also send a copy to:

  Boleman Law Firm, P.C.
  P. O. Box 11588
  Richmond, VA 23230-1588


Dated: March 24, 2025					BOLEMAN LAW FIRM, P.C.
							Counsel for Debtor


					By:	/s/ Laura T. Alridge
						Laura T. Alridge (VSB#42549)
						Boleman Law Firm, P.C.
						P.O. Box 11588
						Richmond, VA  23230-1588
						Telephone (804) 358-9900
						Counsel for Debtor

## **CERTIFICATE OF SERVICE**

    I certify that on March 24, 2025 I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtor, Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, and to all creditors and parties in interest on the mailing matrix attached hereto.


						/s/ Laura T. Alridge
						Counsel for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**Eastern District of Virginia**
**Richmond Division**

| | |
|---|---|
| In re: David Mask Patterson | Case No. 22-32418-FJS |
| Debtor | Chapter 13 |

## MOTION FOR EXPEDITED HEARING AND TO SHORTEN THE NOTICE PERIOD ON MOTION FOR AUTHORITY TO SELL REAL PROPERTY

COMES NOW David Mask Patterson (the "Debtor"), by counsel and respectfully requests that the Court schedule an expedited hearing and shorten the notice period on the Debtor's Motion for Authority to Sell Real Property (the "Motion"). In support thereof, Debtor respectfully states the following:

1. This case commenced upon the filing of a voluntary petition under Chapter 13 of Title 11 of the United States Bankruptcy Code in this Court on September 2, 2022.

2. Debtor seeks permission to have an Expedited Hearing on the Motion for Authority to Sell Real Property.

3. Debtor additionally seeks permission to shorten the notice period for the Motion for Authority to Sell Real Property from twenty-one (21) days to nine (9) days.

4. That an expedited hearing and shortened notice period on the Motion are necessary for the following reason: the Debtor's house will be foreclosed on if this transaction is not approved and concluded expediently.

5. An expedited hearing and shortened notice period are necessary under the circumstances and creditors and parties in interest will not be prejudiced by such expedited hearing being granted.

WHEREFORE David Mask Patterson, by counsel, respectfully requests this

Laura T. Alridge (VSB#42549)
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230-1588
Telephone (804) 358-9900
Counsel for Debtor

Honorable Court to schedule a hearing on April 2, 2025 at 11:00 a.m. to be heard on an expedited basis to consider the Motion for Authority to Sell Real Property, enter an Order shortening the notice period for the Motion for Authority to Sell Real Property from twenty-one (21) days to nine (9) days, and for such other and further relief as the Court deems proper

        David Mask Patterson

        By Counsel

        /s/ Laura T. Alridge
        Laura T. Alridge (VSB#42549)
        Boleman Law Firm, P.C.
        P.O. Box 11588
        Richmond, VA  23230-1588
        Telephone (804) 358-9900
        Counsel for Debtor

## CERTIFICATE OF SERVICE

I certify that on March 24, 2025 I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtor, Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, to all creditors and parties in interest on the mailing matrix attached hereto.

        /s/ Laura T. Alridge
        Counsel for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**Eastern District of Virginia**
**Richmond Division**

In re: David Mask Patterson                                      Case No. 22-32418-FJS
　　　　Debtor                                                            Chapter 13

## CERTIFICATION REGARDING REQUEST FOR EXPEDITED HEARING

In support of the attached request for an expedited hearing as required by Local Bankruptcy Rule 9013-1(N), I hereby certify that:

1. I have carefully examined the matter and concluded that there is a true need for an emergency hearing.

2. I have not created the emergency through lack of due diligence.

3. I have made a *bona fide* effort to resolve the matter without a hearing.

　　　　　　　　　　　　　　　　　　David Mask Patterson

　　　　　　　　　　　　　　　　　　By Counsel

　　　　　　　　　　　　　　　　　　/s/ Laura T. Alridge
　　　　　　　　　　　　　　　　　　Laura T. Alridge (VSB#42549)
　　　　　　　　　　　　　　　　　　Boleman Law Firm, P.C.
　　　　　　　　　　　　　　　　　　P.O. Box 11588
　　　　　　　　　　　　　　　　　　Richmond, VA 23230-1588
　　　　　　　　　　　　　　　　　　Telephone (804) 358-9900
　　　　　　　　　　　　　　　　　　Counsel for Debtor

Laura T. Alridge (VSB#42549)
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230-1588
Telephone (804) 358-9900
Counsel for Debtor

| | | |
|---|---|---|
| Advance America Cash Adv. Ctr.<br>135 N. Church Street<br>Spartanburg, SC 29306 | AIS Portfolio Services, LP<br>Attn: Capital One Auto Finance<br>4515 N. Santa Fe Ave, Dept APS<br>Oklahoma City, OK 73118 | Avid Acceptance<br>PO Box 708580<br>Sandy, UT 84070 |
| Bon Secours<br>P.O. Box 1123<br>Minneapolis, MN 55440 | Bon Secours Richmond Health Sy<br>RE: Bankruptcy<br>P.O. Box 28538<br>Richmond, VA 23228 | Bridgecrest Formerly Drivetime<br>PO Box 29018<br>Phoenix, AZ 85038 |
| Brock and Scott, PLLC<br>3825 Forrestgate Dr.<br>Winston Salem, NC 27103 | Capital One Auto Finance<br>Attn: Bankruptcy Department<br>P.O. Box 259407<br>Plano, TX 75026-0848 | Carrington Mortgage Services<br>P.O. Box 54285<br>Irvine, CA 92619-4285 |
| CashNet USA<br>175 West Jackson<br>Suite 1000<br>Chicago, IL 60604 | Century Link<br>1544 Governor's Sq<br>Tallahassee, FL 32301 | Choice Recovery<br>1105 Schrock Road<br>Ste 700<br>Columbus, OH 43229 |
| CJW Medical Center<br>PO Box 291569<br>Nashville, TN 37229 | County of Nottoway<br>Barbara Senger, Treas.<br>P.O. Box 85<br>Nottoway, VA 23955 | DirecTV<br>Attn: Bankruptcy Claims<br>PO Box 6550<br>Englewood, CO 80155 |
| Dish Network<br>9601 S. Meridian Blvd.<br>Englewood, CO 80112 | Dr. Charles Wilson, MD<br>808 Buffalo St<br>Farmville, VA 23901 | Enhanced Recovery Company<br>P.O. Box 57547<br>Jacksonville, FL 32241 |
| Estell B. Patterson<br>1818 Three Chopt Road<br>Kents Store, VA 23084 | Hometown Rentals<br>100 Winter Street<br>West Point, VA 23181 | J&J Flooring<br>PO Box 2207<br>Dalton, GA 30722 |
| Jefferson Capital Systems<br>PO Box 7999<br>Saint Cloud, MN 56302-9617 | JL Walston & Associate<br>Re: Bankruptcy<br>326 South Main Street<br>Emporia, VA 23847 | Koalafi<br>PO Box 5518<br>Glen Allen, VA 23058-5518 |
| LOGS Leagal Group LLP<br>10021 Balls Ford Road<br>Suite 200<br>Manassas, VA 20109 | MRS BPO<br>1930 Olney Ave.<br>Cherry Hill, NJ 08003 | OrthoVirginia<br>1115 Boulders Pkwy<br>Ste. 200<br>Richmond, VA 23235 |
| OrthoVirginia<br>7858 Shrader Road<br>Henrico, VA 23294 | Poplar Springs Hospital<br>Attn: Bankruptcy Dept<br>350 Poplar Drive<br>Petersburg, VA 23805 | Pulmonary Associates of Rich<br>P.O. Box 1180<br>Sharpsburg, GA 30277 |

Shapiro & Brown
Re: J.P. Morgan Acquisition
501 Independence Pkwy, Ste 203
Chesapeake, VA 23320

Social Security Administration
RE: Bankruptcy
1100 West High Rise
Baltimore, MD 21235

Speedy Cash
801 B Ponce De Leon blvd
Saint Augustine, FL 32084

Speedy Cash
PO Box 780408
Wichita, KS 67278

St. Francis Medical Center
13710 St. Francis Boulevard
Midlothian, VA 23114

St. Mary's Hospital
Attn: Bankruptcy Dept
P.O. Box 100767
Atlanta, GA 30384-0767

Verizon Wireless
500 Technology Drive
Suite 550
Saint Charles, MO 63304-2225

Virginia Urology
P.O. BOX 830525
Dept #SS1
Birmingham, AL 35283-0525